IN THE SUPREME COURT OF TEXAS

 No. 11-0955

 IN RE STANLEY J. WILLIAMS, JR. AND DENA WILLIAMS

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed November 30, 2011,
is granted in part. The trial court discovery orders dated August 17,
2011, October 11, 2011, and November 14, 2011 in Cause No. C-1640-08-B,
styled G.J. Palmer Jr. v. Property Commerce Brokerage, Inc., et al., in the
93rd District Court of Hidalgo County, Texas, are stayed until further
order of this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before January 9, 2012.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 9, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Michael A. Cruz, Deputy Clerk